**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Bryan Antonio Aquino-Ortiz

Petitioner,

v.

Pam Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Ryan Shea

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00929-KMM-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Bryan A-O's Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**.

2. The Court **DECLARES** that Bryan A-O is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Bryan A-O in Minnesota, **with all of his personal effects seized during his arrest, including but not limited to immigration paperwork, and without new conditions** no later than **5:00 PM on February 7, 2026**.

4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 12:00 PM on February 8, 2026** certifying his release. If Bryan A-O has not been released by that time, then Respondents shall advise the Court about the reasons his release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate release in Minnesota.

Date: 2/6/2026

KATE M. FOGARTY, CLERK